**UNITED STATES DISTRICT COURT**         **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**       **MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS                DATE: 2/4/2025
U.S. MAGISTRATE JUDGE             TIME: 1:30 PM
                                          FTR: 1:36-1:39

CASE: **CV 24-7364 (AYS)** Frazier et al v. Looks Great Services, Inc.

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:             Plaintiff:  Garrett Kaske

                            Defendant: Giuseppe Franzella

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.