

225 Old Country Road | Melville, NY 11747 | **bsk.com**

**GIUSEPPE FRANZELLA**
gfranzella@bsk.com
P: 631.761.0814
F: 631.761.0708

March 8, 2025

**VIA ECF**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:   *Frazier et al. v. Looks Great Services, Inc.*
              **Case No. 24 Civ. 7364 (E.D.N.Y.)**

Dear Judge Shields:

       This firm represents defendant Looks Great Services, Inc. ("Looks Great") in connection with the above-referenced action. The parties have met and conferred with respect to the requirement to provide information regarding putative collective members contained in the Stipulation and Order Regarding Conditional Certification, Issuance of Collective Action Notice, and Disclosure of Contact Information [Doc. No. 11]. As a result of such meet and confer, the parties consented to the enclosed Supplemental Stipulation and Order Regarding Conditional Certification, Issuance of Collective Action Notice, and Disclosure of Contact Information. The parties respectfully request that, should the Court approve same, that the enclosed proposed Supplemental Stipulation be "so ordered."

       As always, the Court's consideration of this request is appreciated.

                                                        Respectfully submitted,

                                                        GIUSEPPE FRANZELLA

Enclosure
cc: Counsel of Record (via ECF)