UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of :
themselves and all others similarly situated, and KENNETH :
HOYTE, individually, : Case No.: 24 Civ. 7364 (AYS)
:
                              Plaintiffs, :
   - against - :
:
LOOKS GREAT SERVICES, INC., :
:
                              Defendant. :
------------------------------------------------------------------------X

## SUPPLEMENTAL STIPULATION AND ORDER REGARDING CONDITIONAL CERTIFICATION, ISSUANCE OF COLLECTIVE ACTION NOTICE, AND DISCLOSURE OF CONTACT INFORMATION

Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate and agree as follows upon the following premises.

WHEREAS, Plaintiffs commenced this action, bringing claims under the Fair Labor Standards Act, as a collective action and under the New York Labor Law, as a class action, in the United States District Court for the Eastern District of New York; and,

WHEREAS, Plaintiffs allege that they were employed by Defendant as Crew Members for Defendant's business, and seek to represent a collective and class comprised of similarly situated workers under the Fair Labor Standards Act and New York Labor Law; and,

WHEREAS, instead of expending resources litigating Plaintiffs' anticipated motion for collective action conditional certification and notice pursuant to 29 U.S.C. § 216(b), the parties, without prejudice to Defendant's rights to challenge collective action certification at a later date, have negotiated the terms of a proposed notice to be sent to members of the alleged collective ("the Notice") and the process for disseminating the Notice;

WHEREAS, the parties have reached agreement on the scope, form and manner of distribution of the Notice in this matter, subject to the Court's approval; and

NOW THEREFORE IT IS STIPULATED AND AGREED AS FOLLOWS:

1. On or before March 14, 2025, Defendant shall provide to Plaintiffs' counsel the names, last known mailing addresses, last known telephone numbers, last known personal email addresses, and dates of employment of all Crew Members, as defined in Paragraphs 2 and 10 of the Complaint, employed by Defendant at any point in time from August 9, 2021 ("Collective List" or "putative collective members") for the purpose of mailing the Notice as set forth herein.

2. All other dates set forth in the Stipulation and Order Regarding Conditional Certification, Issuance of Collective Action Notice, and Disclosure of Contact Information [Doc. No. 11] shall remain the same.

SO STIPULATED AND AGREED

Dated: March 10, 2025

KESSLER MATURA P.C.

_____
Troy L. Kessler
Garrett Kaske
Benjamin Goldstein
Kessler Matura P.C.
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com
bgoldstein@kesslermatura.com

*Attorneys for Plaintiffs and the Putative Collective and Class*

BOND SCHOENECK & KING PLLC

_____
Giuseppe Franzella
Bond, Schoeneck & King, PLLC
225 Old Country Road
Melville, NY 11747
gfranzella@bsk.com

*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Anne Y. Shields
United States Magistrate Judge