

May 8, 2025

**Via ECF**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Frazier et al. v. Looks Great Services, Inc.*
            Case No. 24 Civ. 7364 (E.D.N.Y.)

Dear Judge Shields:

    Kessler Matura, P.C., counsel for Plaintiffs, writes jointly with Defendant to request a change to the date of the parties' in-person settlement meet-and-confer and corresponding Report Regarding Settlement, as set in the Court's Scheduling Order, dated February 4, 2025 (ECF No. 12). The period for putative collective members to opt in to the alleged collective closes on May 19, 2025. The parties are scheduled to meet and confer on or before May 9, 2025 and submit a Report Regarding Settlement to the Court on May 16, 2025. In order to take into account any and all consents to join the putative collective, and in light of the proximity in date of the close of the opt-in period to the scheduled meet-and-confer, the parties request to meet after the May 19 opt-in period closing. Thus, the parties request to move the in-person meet-and-confer to on or before May 26, 2025. The parties further request to move the due date of the subsequent Report Regarding Settlement to on or before June 2, 2025.

    Thank you for the Court's consideration of this matter.

                                                                     Respectfully submitted,

                                                                     /s/ Benjamin A. Goldstein
                                                                     Benjamin A. Goldstein

cc:    Counsel of Record (via ECF)

KESSLER MATURA P.C. | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100 | Fax 631.499.9120
www.kesslermatura.com