UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of
themselves and all others similarly situated, and
KENNETH HOYTE, individually,

Case No.: 24 Civ. 7364 (AYS)

Plaintiffs,
- against -

LOOKS GREAT SERVICES, INC.,

Defendant.
------------------------------------------------------------------- X

## CONSENT TO JOIN

If you received this form and want to join this lawsuit, please complete these **two steps:**

1. Complete and sign this consent to join lawsuit form; and

2. Use the enclosed envelope to return this form to the address below not later than **May 19, 2025**.

Kessler Matura P.C.
534 Broadhollow Rd., Ste 275
Melville, NY 11747

You can also scan and email it to bgoldstein@kesslermatura.com.

I consent to join the collective action and authorize Kessler Matura P.C. to act on my behalf in all matters relating to this action, including any settlement of my claims.

__Jose portillo__  __Jose__
Print Name          Signature

**The following information will not be filed with the Court:**

__40 Farrington Av.__  __11706__
Address              City, State and Zip Code

_____  __631-456 7009__
Email Address          Telephone Number

__March 15, 2024__  _____
Employment Start Date  Employment End Date