UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all other similarly situated, and KENNETH HOYTE, individually,

                    Plaintiffs,

v.

LOOKS GREAT SERVICES, INC.,

                    Defendant.

**NOTICE OF APPEARANCE**

Civil Action No. 2:24-cv-07364-JS-AYS

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case on behalf of Defendant LOOKS GREAT SERVICES, INC., in the above-entitled action. I certify that I am admitted to practice in this Court.

Dated: May 23, 2025

                    BOND, SCHOENECK & KING, PLLC

                    By: s/ Michael D. Billok
                          Michael D. Billok, Esq.
                          Bar Roll No. 516448
                          *Attorneys for Defendant Looks Great Services, Inc.*
                          268 Broadway, Suite 104
                          Saratoga Springs, NY 12866
                          Telephone: (518) 533-3236
                          Facsimile: (518) 533-3299
                          Email: mbillok@bsk.com