**KESSLER MATURA**

June 2, 2025

**Via ECF**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    ***Frazier et al. v. Looks Great Services, Inc.***
               **Case No. 24 Civ. 7364 (E.D.N.Y.)**

Dear Judge Shields:

      Kessler Matura, P.C., counsel for Plaintiffs, writes jointly with Defendant to provide the Court with a status report as per the Court's Order of May 9. The Parties also respectfully request that the Court grant the Parties an additional seven days to continue settlement discussions.

      The Parties have completed the FLSA discovery process established by the Court. As part of this process, Plaintiffs produced over 560 pages of workplace pictures/videos, work-related text messages, and paystubs, and served Defendant with the requisite interrogatory responses. Defendant produced about 4,000 pages of paystubs.

      The Parties are continuing settlement discussions. Counsel for the Parties met in person on May 29 regarding settlement. To follow up with that meeting, later that day, Plaintiffs sent Defendant an updated written demand and explanation. The Parties' ongoing settlement dialogue is building on the information shared during the above-described FLSA discovery process and the Parties' prior mediation, which was held in October 2024 with an experienced wage-and-hour mediator before the case was filed. Because Defendant and Plaintiffs have not yet reached an impasse, the Parties respectfully request that the Parties have until June 9 to complete these discussions.

      Thank you for the Court's consideration of this matter.

                                                                 Respectfully submitted,

                                                                 /s/ Benjamin A. Goldstein
                                                                 Benjamin A. Goldstein

cc:  Counsel of Record (via ECF)