

June 9, 2025

**Via ECF**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: *Frazier et al. v. Looks Great Services, Inc.*
     Case No. 24 Civ. 7364 (E.D.N.Y.)

Dear Judge Shields:

  Kessler Matura, P.C., counsel for Plaintiffs, writes jointly with Defendant to provide the Court with a status report as per the Court's Order of June 2, 2025. The Parties further request that the Court refer this matter for mediation.

  The Parties have completed the FLSA discovery process established by the Court. As part of this process, Plaintiffs produced over 560 pages of workplace pictures/videos, work-related text messages, and paystubs, and served Defendant with the requisite interrogatory responses. Defendant produced about 4,000 pages of paystubs.

  In addition, the Parties have engaged in settlement discussions in accordance with the Court's FLSA discovery process and the Court's Order of May 9, 2025, but have not reached an agreement. As a result, the Parties respectfully request that the Court refer this matter for mediation.

  Thank you for the Court's consideration of this matter.

                Respectfully submitted,

                /s/ Benjamin A. Goldstein
                Benjamin A. Goldstein

cc: Counsel of Record (via ECF)