

June 24, 2025

**Via ECF**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Frazier et al. v. Looks Great Services, Inc.*
            Case No. 24 Civ. 7364 (E.D.N.Y.)

Dear Judge Shields:

    Kessler Matura, P.C., counsel for Plaintiffs, writes jointly with Defendant to provide the Court with the Parties' selection of a mediator. The Parties have elected to use:

    Noel Tripp
    Principal
    Jackson Lewis
    58 South Service Road, Suite 250
    Melville, NY 11747
    Noel.Tripp@jacksonlewis.com
    (631)-247-0417

    Mr. Tripp is not part of the EDNY Mediation Panel but is an experienced class/collective wage and hour litigator and mediator. His biography can be located at: https://www.jacksonlewis.com/people/noel-p-tripp.

    The Parties and Mr. Tripp are currently working to schedule a date prior to the Court's deadline for completion of mediation.

                                           Respectfully submitted,

                                           /s/ Benjamin A. Goldstein
                                           Benjamin A. Goldstein

cc:   Counsel of Record (via ECF)