

September 10, 2025

**<u>Via ECF</u>**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Frazier et al. v. Looks Great Services, Inc.*
              Case No. 24 Civ. 7364 (E.D.N.Y.)

Dear Judge Shields:

    Kessler Matura, P.C., counsel for Plaintiffs, writes jointly with Defendant to request an extension of time to conduct mediation. Due to the difficulty in accommodating summer travel schedules, the parties have not yet conducted the agreed-upon session. The parties request an extension to accommodate the tentative mediation date of October 2, 2025. The parties have selected a mediator – Noel Tripp. *See* ECF No. 20

    The mediation was supposed to be completed by today – i.e. September 10, 2025. The parties acknowledge that an extension should have been requested at least two days ago. The parties are working diligently to accommodate a significant number of attorneys and clients' availability. The parties have previously requested two extensions to continue settlement discussions prior to consenting to mediation. The parties have not previously requested an extension for the completion of mediation. As there is currently a stay on the proceedings to complete mediation, no other dates are affected by the request for extension.

    Thank you for the Court's consideration of this matter.

                                        Respectfully submitted,

                                        /s/ Benjamin A. Goldstein
                                        Benjamin A. Goldstein

cc:   Counsel of Record (via ECF)