

October 14, 2025

**Via ECF**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Frazier et al. v. Looks Great Services, Inc.*
            **Case No. 24 Civ. 7364 (E.D.N.Y.)**

Dear Judge Shields:

    Kessler Matura, P.C., counsel for Plaintiffs, writes jointly with Defendant to provide the Court with a status update and to respectfully request two weeks to submit a proposed Tier Two discovery plan.

    The Parties participated in an in-person, full-day mediation on October 2, 2025, with mediator Noel Tripp. The Parties were unable to reach a settlement during the mediation and intend to continue to exchange settlement proposals.

    As the Parties have nearly completed their settlement discussions, they jointly request two additional weeks to submit a joint proposed discovery plan to the Court.

    Thank you for the Court's consideration of this matter.

                                                                     Respectfully submitted,

                                                                     /s/ Benjamin A. Goldstein
                                                                     Benjamin A. Goldstein

cc:   Counsel of Record (via ECF)