UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all others similarly situated, and KENNETH HOYTE, individually,

                                  Plaintiffs,

- against -

LOOKS GREAT SERVICES, INC.,

                                  Defendant.
------------------------------------------------------------------------X

Case No.: 24 Civ. 7364
(JS)(AYS)

## [JOINT PROPOSED] TIER TWO DISCOVERY PLAN AND SCHEDULING ORDER

| | |
|---|---|
| Deadline to serve Initial Disclosures. | November 19, 2025 |
| Deadline for service of first interrogatories and document demands. | November 26, 2025 |
| Deadline for responses to first interrogatories and document demands. | January 9, 2026 |
| Deadline for joinder of additional parties and amendment of pleadings. | January 30, 2026 |
| Deadline for completion of depositions. | April 24, 2026 |
| Deadline to complete all discovery including expert discovery. | July 24, 2026 |
| Deadline to initiate process for Plaintiff's anticipated motion for class certification pursuant to Fed. R. Civ. P. 23. | August 21, 2026 |
| Deadline to initiate process for dispositive motions. | September 25, 2026 |
| Joint Proposed Pretrial Order to be submitted. | October ___, 2026 |

Dated: October 28, 2025

| KESSLER MATURA P.C. | BOND SCHOENECK & KING PLLC |
|---|---|
| /s/ Benjamin A. Goldstein_____ | /s/ Giuseppe Franzella_____ |
| Troy L. Kessler | Giuseppe Franzella |
| Garrett Kaske | Bond, Schoeneck & King, PLLC |

| | |
|---|---|
| Benjamin Goldstein<br>Kessler Matura P.C.<br>534 Broadhollow Road, Suite 275<br>Melville, NY 11747<br>Telephone: (631) 499-9100<br>tkessler@kesslermatura.com<br>gkaske@kesslermatura.com<br>bgoldstein@kesslermatura.com<br><br>*Attorneys for Plaintiffs and*<br>*the Collective and Putative Class* | 225 Old Country Road<br>Melville, NY 11747<br>gfranzella@bsk.com<br><br>Subhash Viswanathan<br>Caroline Westover<br>Bond Schoeneck & King PLLC<br>One Lincoln Center<br>Syracuse, NY 13202<br>sviswanathan@bsk.com<br>gfranzella@bsk.com<br><br>*Attorneys for Defendant* |

SO ORDERED:

_____

Hon. Anne Y. Shields
United States Magistrate Judge