UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

KELVIN FRAZIER and ARIEL ALVAREZ,
on behalf of themselves and all others similarly
situated, and KENNETH HOYTE, individually,

                Plaintiffs,

                                          Case No. 24-cv-07364 (JS)(AYS)

    v.

LOOKS GREAT SERVICES, INC.,

                Defendant.

----------------------------------------------------------------X

## STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL

The undersigned hereby stipulate and consent to the substitution of the law firm Meister

Seelig & Fein PLLC, by its attorneys, Mitchell Schuster and Valerie K. Ferrier, as counsel of record

for Defendant Looks Great Services, Inc., in the above-captioned matter and the withdrawal of

Bond, Schoeneck & King PLLC, by its attorneys Giuseppe Franzella and Michael D. Billok, as

counsel of record for the Defendant in the above-captioned action, and that substitution be entered

into effect immediately and without further notice.

Dated: New York, New York
       March 30, 2026

Bond, Schoeneck & King, PLLC

By: Giuseppe Franzella, Esq.
68 South Service Road – Suite 400
Melville, New York 11747-9750
Tel: (631) 761-0814
Email: gfranzella@bsk.com
*Outgoing Attorneys for Defendant
Looks Great Services, Inc.*

Meister Seelig & Fein PLLC

*[signature: Valerie K. Ferrier]*

By: Valerie K. Ferrier, Esq.
125 Park Ave, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: vkf@msf-law.com
*Incoming Attorneys for Defendant*
*Looks Great Services, Inc.*

I consent to the above substitution:

Looks Great Services
By: Marcus Pitts
March __, 2026


THE SUBSTITUTION OF COUNSEL IS HEREBY APPROVED AND SO ORDERED.


JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE

Dated:
    Central Islip, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELVIN FRAZIER and ARIEL ALVAREZ,
on behalf of themselves and all others similarly
situated, and KENNETH HOYTE, individually,

        Plaintiffs,

                                   Case No. 24-cv-07364 (JS)(AYS)

    v.

LOOKS GREAT SERVICES, INC.,

        Defendant.
-----------------------------------------------------------------X

### STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL

    The undersigned hereby stipulate and consent to the substitution of the law firm Meister Seelig & Fein PLLC, by its attorneys, Mitchell Schuster and Valerie K. Ferrier, as counsel of record for Defendant Looks Great Services, Inc., in the above-captioned matter and the withdrawal of Bond, Schoeneck & King PLLC, by its attorneys Giuseppe Franzella and Michael D. Billok, as counsel of record for the Defendant in the above-captioned action, and that substitution be entered into effect immediately and without further notice.

Dated: New York, New York
       March 2], 2026


Bond, Schoeneck & King, PLLC


By: Giuseppe Franzella, Esq.
225 Old Country Road
Melville, New York 11747-2719
Tel: (631) 761-0814
Email: gfranzella@bsk.com
*Outgoing Attorneys for Defendant*
*Looks Great Services, Inc.*


Meister Seelig & Fein PLLC


By: Valerie K. Ferrier, Esq.
125 Park Ave, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: vkf@msf-law.com
*Incoming Attorneys for Defendant*
*Looks Great Services, Inc.*

I consent to the above substitution:

Looks Great Services
By: Marcus Pitts
March 2} 2026


THE SUBSTITUTION OF COUNSEL IS HEREBY APPROVED AND SO ORDERED.


_____
JOANNA SEYBERT

UNITED STATES DISTRICT JUDGE

Dated:
    Central Islip, New York