**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all other similarly situated, and KENNETH HOYTE, individually, <br><br> Plaintiffs, <br><br> v. <br><br> LOOKS GREAT SERVICES, INC., <br><br> Defendant. | Case No. 2:24-cv-07364-JS-AYS <br><br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Mitchell Schuster of Meister Seelig & Schuster PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of defendant **LOOKS GREAT SERVICES, INC**.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.   I certify that I am admitted to practice in this Court.

Dated: New York, New York
         April 8, 2026

**MEISTER SEELIG & SCHUSTER PLLC**

By:  */s/ Mitchell Schuster*
        Mitchell Schuster
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com

*Attorneys for Defendant*
