

April 23, 2026

**<u>Via ECF</u>**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      **Re:**    ***Frazier et al. v. Looks Great Services, Inc.***
             **Case No. 24 Civ. 7364 (E.D.N.Y.)**

Dear Judge Shields:

We are attorneys for Plaintiffs and write jointly with counsel for Defendant Looks Great Services, Inc., to request a 60-day extension of all remaining deadlines in the Court's scheduling order.

New counsel recently took over the defense of this matter and needs time to familiarize itself with the record. Under prior defense counsel, the parties exchanged discovery requests and responses. Defendant has produced a portion of the requested documents and will work with new counsel to complete its remaining production. A 60-day extension will allow incoming defense counsel to review the file, assess any outstanding discovery obligations, and work with its client to move the case forward.

The parties propose the following revised schedule:

| | |
|---|---|
| Completion of depositions: | June 23, 2026 |
| Completion of all discovery (including expert): | September 22, 2026 |
| Initiation of class certification briefing: | October 20, 2026 |
| Initiation of dispositive motion briefing: | November 24, 2026 |
| Joint Proposed Pretrial Order: | December 2026 (date TBD by Court) |

This is the parties' first request for an extension of the scheduling order. We thank the Court for its consideration.

Respectfully submitted,

**Benjamin A. Goldstein**
Kessler Matura P.C.
Attorneys for Plaintiffs

**Valerie K. Ferrier**
Meister Seelig & Schuster PLLC
Attorneys for Defendant

cc:    All counsel of record (via ECF)