

June 22, 2026

<u>Via ECF</u>
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   **Re:**  *Frazier et al. v. Looks Great Services, Inc.*
       **Case No. 24 Civ. 7364 (E.D.N.Y.)**

Dear Judge Shields:

   We are attorneys for Plaintiffs and write jointly with counsel for Defendant Looks Great Services, Inc., to request a 60-day extension to complete depositions. New counsel recently took over the defense of this matter, and the parties have not yet completed sufficient document discovery to proceed with depositions.

   The parties propose extending the deposition deadline from June 23 to August 21, 2026.

   This request will not affect any other deadlines.

   This is the parties' first request to extend the deposition deadline, having previously requested an extension of the full scheduling order. We thank the Court for its consideration.

Respectfully submitted,


**Benjamin A. Goldstein**            **Valerie K. Ferrier**
Kessler Matura P.C.                Meister Seelig & Schuster PLLC
Attorneys for Plaintiffs             Attorneys for Defendant

cc:   All counsel of record (via ECF)