**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all other similarly situated, and KENNETH HOYTE, individually,

Plaintiffs,

v.

LOOKS GREAT SERVICES, INC.,

Defendant.

Case No. 2:24-cv-07364-JS-AYS

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Charlotte M. Pramer of Meister Seelig & Schuster PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of defendant **LOOKS GREAT SERVICES, INC**.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
            July 22, 2026

**MEISTER SEELIG & SCHUSTER PLLC**

By: */s/ Charlotte M. Pramer*
            Charlotte M. Pramer

125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: cpramer@mss-pllc.com

*Attorneys for Defendant*

14381\1\12099294.v2