# Exhibit C

| Ariel | Alvarez | 11/07/2019 | Thu | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 11/07/2019 | Thu | 1:00pm | 4:04pm | 3:04 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 11/07/2019 | Thu | 4:04pm | 5:00pm | 0:56 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 11/07/2019 | Thu | 5:00pm | 5:20pm | 0:20 | LGS HOURLY | Drive Time |
| Ariel | Alvarez | 11/08/2019 | Fri | 7:09am | 8:43am | 1:34 | LGS HOURLY | Drive Time |
| Ariel | Alvarez | 11/08/2019 | Fri | 8:43am | 12:30pm | 3:47 | Prevailing Wage | Nassau GM |
| Ariel | Alvarez | 11/08/2019 | Fri | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 11/08/2019 | Fri | 1:00pm | 3:39pm | 2:39 | Prevailing Wage | Nassau GM |
| Ariel | Alvarez | 11/08/2019 | Fri | 3:39pm | 4:31pm | 0:52 | LGS HOURLY | Drive Time |
| Ariel | Alvarez | 11/13/2019 | Wed | 7:00am | 12:30pm | 5:30 | LGS HOURLY | Christmas Decor |
| Ariel | Alvarez | 11/13/2019 | Wed | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 11/13/2019 | Wed | 1:00pm | 5:22pm | 4:22 | LGS HOURLY | Christmas Decor |
| Ariel | Alvarez | 11/14/2019 | Thu | 7:10am | 7:47am | 0:37 | LGS HOURLY | Christmas Decor |
| Ariel | Alvarez | 11/14/2019 | Thu | 7:47am | 12:30pm | 4:43 | LGS HOURLY | Christmas Decor |
| Ariel | Alvarez | 11/14/2019 | Thu | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 11/14/2019 | Thu | 1:00pm | 8:28pm | 7:28 | LGS HOURLY | Christmas Decor |
| Ariel | Alvarez | 11/15/2019 | Fri | 7:01am | 8:12am | 1:11 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 11/15/2019 | Fri | 8:12am | 12:30pm | 4:18 | Prevailing Wage | Nassau GM |
| Ariel | Alvarez | 11/15/2019 | Fri | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 11/15/2019 | Fri | 1:00pm | 3:05pm | 2:05 | Prevailing Wage | Nassau GM |
| Ariel | Alvarez | 11/15/2019 | Fri | 3:06pm | 7:56pm | 4:50 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 11/16/2019 | Sat | 7:01am | 12:30pm | 5:29 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 11/16/2019 | Sat | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 11/16/2019 | Sat | 1:00pm | 5:50pm | 4:50 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 11/18/2019 | Mon | 7:00am | 8:39am | 1:39 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 11/18/2019 | Mon | 8:39am | 12:30pm | 3:51 | Prevailing Wage | Nassau GM |
| Ariel | Alvarez | 11/18/2019 | Mon | 12:30pm | 1:00pm | 0:30 | Lunch Break | |




Looks Great Services, Inc.
140 W 10th Street Unit B
Huntington Station, NY 11746

Ariel Alvarez

███████████████

Direct Deposit

| Employee Pay Stub | | Check number: 2711 | | | | Pay Period: 11/04/2019 - 11/10/2019 | | Pay Date: 11/15/2019 |

**Employee**

Ariel Alvarez, ███████████████

**SSN**

████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Christmas Decor - ST | 14.32 | 13.00 | 186.12 | 186.12 |
| LGS hourly | 19.25 | 13.00 | 250.25 | 273.43 |
| LGS overtime (x1.5) hourly | 16.53 | 19.50 | 322.34 | 322.34 |
| Drive Time - OT | 2.77 | 19.50 | 54.02 | 54.02 |
| Prevailing Wage GM - ST | 6.43 | 20.83 | 133.94 | 664.06 |
| Nassau County Benefit GM - ST | 6.43 | 14.79 | 95.10 | 471.51 |
| Drive Time - ST | | | | 132.99 |
| | 59.30 | | 1,041.77 | 2,104.47 |

| Direct Deposit | Amount |
|---|---|
| Checking - ████████ | 776.55 |

**Memo**

Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Paid Family Leave | -1.59 | -3.22 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -133.00 | -271.00 |
| Social Security Employee | -64.59 | -130.48 |
| Medicare Employee | -15.10 | -30.51 |
| NY - Withholding | -50.34 | -101.98 |
| NY - Disability Employee | -0.60 | -1.20 |
| | -265.22 | -538.39 |

| Net Pay | | 776.55 | 1,566.08 |

Looks Great Services, Inc., 140 W 10th Street Unit B, Huntington Station, NY 11746

Powered by **Intuit Payroll**

P 000167