# **Exhibit D**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ariel | Alvarez | 12/01/2022 | Thu | 7:00am | 1:00pm | 6:00 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/02/2022 | Fri | 6:50am | 12:30pm | 5:40 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/02/2022 | Fri | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 12/02/2022 | Fri | 1:00pm | 5:14pm | 4:14 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/05/2022 | Mon | 6:51am | 8:15am | 1:24 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/05/2022 | Mon | 8:15am | 12:30pm | 4:15 | Prevailing Wage | Prevailing wage:Groundman |
| **NOTES:** Op A. | | | | | | | | |
| Ariel | Alvarez | 12/05/2022 | Mon | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 12/05/2022 | Mon | 1:00pm | 3:41pm | 2:41 | Prevailing Wage | Prevailing wage:Groundman |
| **NOTES:** Op A. | | | | | | | | |
| Ariel | Alvarez | 12/05/2022 | Mon | 3:41pm | 4:21pm | 0:40 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/06/2022 | Tue | 6:50am | 8:00am | 1:10 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/06/2022 | Tue | 8:00am | 12:30pm | 4:30 | Prevailing Wage | Prevailing wage:Groundman |
| **NOTES:** OP. A | | | | | | | | |
| Ariel | Alvarez | 12/06/2022 | Tue | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 12/06/2022 | Tue | 1:00pm | 3:30pm | 2:30 | Prevailing Wage | Prevailing wage:Groundman |
| **NOTES:** OP. A | | | | | | | | |
| Ariel | Alvarez | 12/06/2022 | Tue | 3:30pm | 4:15pm | 0:45 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/07/2022 | Wed | 6:50am | 7:40am | 0:50 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/07/2022 | Wed | 7:40am | 12:30pm | 4:50 | Prevailing Wage | Prevailing wage:Groundman |
| Ariel | Alvarez | 12/07/2022 | Wed | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 12/07/2022 | Wed | 1:00pm | 2:30pm | 1:30 | Prevailing Wage | Prevailing wage:Groundman |
| Ariel | Alvarez | 12/07/2022 | Wed | 2:30pm | 4:21pm | 1:51 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/08/2022 | Thu | 6:55am | 12:30pm | 5:35 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/08/2022 | Thu | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Ariel | Alvarez | 12/08/2022 | Thu | 1:00pm | 5:02pm | 4:02 | LGS HOURLY | LGS Hourly |
| Ariel | Alvarez | 12/09/2022 | Fri | 6:55am | 8:00am | 1:05 | LGS HOURLY | LGS Hourly |

Looks Great Services, Inc.
140 W 10th Street Unit B
Huntington Station, NY  11746

Ariel Alvarez



Direct Deposit

| Employee Pay Stub | | Check number: 5985 | | | Pay Period: 12/05/2022 - 12/11/2022 | | Pay Date: 12/16/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

Ariel Alvarez,

**SSN**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| LGS hourly | 12.70 | 20.00 | 254.00 | 9,040.15 |
| Prevailing Wage GM - ST | 25.30 | 22.64 | 572.79 | 14,549.54 |
| Operating Engineer class A | 2.00 | 76.52 | 153.04 | 1,832.57 |
| LGS overtime (x1.5) hourly | 5.45 | 30.00 | 163.50 | 4,281.06 |
| PW Fringe GM - ST | 25.30 | 18.64 | 471.59 | 8,968.45 |
| PW - OP Fringe | 10.00 | 39.80 | 398.00 | 1,950.20 |
| LGS Holiday | | | | 640.00 |
| Nassau County Benefit GM - ST | | | | 9,666.79 |
| Prevailing wage TT - ST | | | | 285.06 |
| Nassau County Benefit TT - ST | | | | 146.65 |
| LGS Personal/Sick | | | | 960.00 |
| Drive Time - ST | | | | 607.02 |
| Prevailing Wage GM - OT | | | | 921.90 |
| Operating Engineer Class E | | | | 1,105.26 |
| Operating Engineer Fringe | | | | 197.75 |
| PW GM - ST | | | | 9,273.12 |
| PW TT -ST | | | | 103.03 |
| PW Fringe TT - ST | | | | 52.96 |
| | 45.45 | | 2,012.92 | 64,581.51 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Dental Insurance (pre-tax) | -6.85 | -253.49 |
| Vision Insurance (pre-tax) | -1.71 | -63.83 |
| Health Insurance (pre-tax) | -48.06 | -1,472.60 |
| | -56.62 | -1,789.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Paid Family Leave | -10.29 | -330.01 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -331.00 | -9,189.00 |
| Social Security Employee | -121.29 | -3,893.08 |
| Medicare Employee | -28.37 | -910.48 |
| NY - Withholding | -103.06 | -3,104.24 |
| NY - Disability Employee | -0.60 | -28.43 |
| | -594.61 | -17,455.24 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Expense Reimbursement | | 300.93 |

| Net Pay | 1,361.69 | 45,637.28 |
|---|---|---|

| Direct Deposit | | Amount |
|---|---|---|
| Checking - | | 1,361.69 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Health Insurance (company p {2} | 48.06 | 1,472.60 |

**Memo**

Direct Deposit

Powered by **Intuit Payroll**

P 000294