

August 14, 2026

<u>**Via ECF**</u>
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      **Re:**    ***Frazier et al. v. Looks Great Services, Inc.***
               **Case No. 24 Civ. 7364 (E.D.N.Y.)**

Dear Judge Shields:

We are attorneys for Plaintiffs and write with consent from counsel for Defendant Looks Great Services, Inc., to request an extension to complete depositions.

On August 13, 2026, Plaintiffs submitted a letter requesting a pre-motion conference on their anticipated motion to compel class-wide time records and certified payroll records. That dispute remains pending before the Court. The outcome will determine the scope of document discovery and will directly affect deposition preparation. Proceeding with depositions before the Court resolves the dispute would be inefficient, as the Plaintiffs may need to re-depose witnesses depending on any additional productions. Defendants have completed depositions of the three named Plaintiffs. Plaintiffs intend to take two to three depositions.

We propose extending the deposition deadline to 30 days after the Court resolves the pending discovery dispute. This is the third request to extend the deposition deadline. This extension may require corresponding changes to other deadlines in the Tier Two Discovery Plan and Scheduling Order. Any such request would be the parties' second to modify the full scheduling order.

                       Respectfully submitted,

                       **Benjamin A. Goldstein**
                       Kessler Matura P.C.
                       Attorneys for Plaintiffs

cc:     All counsel of record (via ECF)