UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all others similarly situated, and KENNETH HOYTE, individually, Plaintiffs, - against - LOOKS GREAT SERVICES, INC., Defendant. | : | Case No. 24 Civ. 7364 (JS)(AYS) |

**NOTICE OF APPEARANCE**
**FOR JOCELYN SMALL**

PLEASE TAKE NOTICE that, I, Jocelyn Small, hereby respectfully enter an appearance for the Plaintiffs in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
August 19, 2026

Respectfully submitted,

*/s/ Jocelyn Small*

Jocelyn Small
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, New York 11747
Telephone: (631) 499-9100
Email: jsmall@kesslermatura.com

*Attorneys for Plaintiffs and the*
*Putative FLSA Collective and Putative Class*