# EXHIBIT A

Re: Frazier v. Looks Great

Summarize

BG Benjamin Goldstein <bgoldstein@kesslermatura.com>
To Valerie K. Ferrier; Garrett Kaske
Cc Charlotte M. Pramer

Reply | Reply All | Forward | ...

Wed 8/5/2026 3:06 PM

If there are problems with how this message is displayed, click here to view it in a web browser.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Hi Valerie,

As previously stated, Mr. Portillo has informed us that he will not attend a deposition. We have sent a Withdrawal of Consent and will file it with the Court once we receive his signature. If he does not sign, we intend to move to be relieved as counsel.

Please confirm whether you intend to take the depositions of Hoyte, Frazier, and Alvarez in person or virtually. We don't recall whether this was left open. Our preference is for virtual.

Finally, please let us know when you are available to meet and confer on Monday regarding the previously discussed discovery disputes.

Thank you,

Benjamin Goldstein
**Kessler Matura P.C.**
534 Broadhollow Road, Suite 275
Melville, New York 11747
main - 631.499.9100
direct - 631.396.0257
bgoldstein@kesslermatura.com
www.kesslermatura.com

***Licensed to practice in New York and New Jersey.*

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it may contain confidential or privileged information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply email and destroy the original transmission and its attachments without saving them in any manner. Thank you.

P Do you really need to print this email? In our efforts to go green, please consider the environment before printing.

Re: Frazier v. Looks Great

Summarize

Benjamin Goldstein <bgoldstein@kesslermatura.com>
To Valerie K. Ferrier; Garrett Kaske
Cc Charlotte M. Pramer

Reply | Reply All | Forward

Fri 7/31/2026 10:04 AM

If there are problems with how this message is displayed, click here to view it in a web browser.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Hi Valerie,

Kenneth Hoyte is confirmed for August 11.

Jose Portillo does not wish to continue in the case. He will be signing an opt-out and in turn will not be appearing for a deposition on August 11. As per his interrogatory responses, his total back pay damages number is [redacted] which is a result of the fact that he only worked in NY for a few weeks, and was otherwise employed out of state.

Best regards,

Benjamin Goldstein
**Kessler Matura P.C.**
534 Broadhollow Road, Suite 275
Melville, New York 11747
main - 631.499.9100
direct - 631.396.0257
bgoldstein@kesslermatura.com
www.kesslermatura.com

***Licensed to practice in New York and New Jersey.*

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it may contain confidential or privileged information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply email and destroy the original transmission and its attachments without saving them in any manner. Thank you.

P Do you really need to print this email? In our efforts to go green, please consider the environment before printing.