# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

________________________________

KELVIN FRAZIER AND ARIEL ALVAREZ, on behalf of themselves and others similarly situated, and KENNETH HOYTE, Individually,

Plaintiffs,

v. Case No. 24 Civ. 7364

LOOKS GREAT SERVICES, INC.,

Defendant.

________________________________

DEPOSITION OF KENNETH HOYTE

DATE: Tuesday, August 11, 2026
TIME: 10:05 a.m.
LOCATION: Remote Proceeding
Glen Cove, NY 11542
REPORTED BY: James Bekman
JOB NO.: 8377165

K. HOYTE

the weekends.

Q Got it.

A It only happens Monday through Friday.

Q How much did Ariel get paid?

MR. GOLDSTEIN: Objection, calls for speculation.

If you know.

A I -- I don't know. I don't know how much he got paid. I couldn't tell you. It's a -- we're supposed to all get the same pay.

So, like, if you look at the contract and it says a machine operator gets that much and the groundman gets that much, he's supposed to get that. I don't know what he got. You know what I'm saying? But he's supposed to get what the contract says, though, so.

Q Did he ever tell you how much money he got?

A No. That's not something we -- we told each other, like, "Hey, I get this. I get that." No, we never

K. HOYTE

discussed that.

Q Did you ever discuss how much money you got with anybody you worked with?

A No, 'cause it's irrelevant.

Q Okay. And nobody you worked with ever told you how much they got; is that right?

A No. Only thing I've ever heard from anybody is complaining that they're taking money from, they never told me how much they got. Nope. Never got told. I don't know. I couldn't tell you. I wish I could.

Because then maybe if I actually knew that, maybe it would make this easier for us. But in reality, I don't. So all I know is everybody complained that they weren't getting what they supposed to get. That's all I know.

Q And when you say everybody was complaining, tell me more detail about that. Who complained?

A Oh, a lot of --

K. HOYTE

just owe me, "Oh, here's $1,000," and then we're clear. I know that's not the -- I know that's not the case. Just like with Kelvin and Ariel, same thing. I know he doesn't just owe them a couple thousand dollars and then call it even. Like, that -- that's an obvious -- it's obviously wrong.

Q Do you know how much he owes Kelvin or Ariel?

A I don't know. I don't know, but it's a lot more than me, 'cause they've been working there for years getting ripped off. So I don't know.

I don't even work there for a year getting ripped off. So if he owes me a certain amount of money, whatever he owes them has to be significantly -- significantly larger than me, because I've only been there for a year.

Q Do you know that Looks Great offered to settle this case in December last year?

A I have no idea.

K. HOYTE

Q You -- I'm sorry?

A I don't even know what that means. I -- I had no idea. I don't even know what that means. Settle this case, what does that mean?

Q Do you know that Looks Great offered to pay money to resolve this case in December?

MR. GOLDSTEIN: Objection.

THE WITNESS: I don't know. No, I didn't.

BY MS. FERRIER:

Q You're not aware of that?

A Mm-mm. Because to be honest, if I was aware of that and if they had a -- like me, like, I'm not, like, a money hungry dude. But at this rate of all this time spending, like, me taking a day off from work, you guys could just give me whatever he feels, and I would just take it and leave.

Because honestly, like, what are we -- I'm wasting my time here. Three years of this; and he owes me money and I

K. HOYTE

what you owe me, and I'll go about my damn life.

Sorry, pardon my language. But yes, like, I'm not a -- I just want this over with.

Q Okay.

A I want this over with. Like, I don't want to be having to come back to a mediation again. I don't care about what the other two people get paid or what they're entitled to. Whatever you owe me, you owe me.

Pay me what you owe me and let me move on with my life, please. So I'm -- I'm begging for it at this point, 'cause, like, I -- I don't want to continue to do this for the rest of my life. This is three years already dragging it out.

What's he going to drag -- I know they have the money. They could drag it another three years, and another five years. I know what they can do. I know -- I know what can happen from this.