# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KELVIN FRAZIER and ARIEL ALVAREZ, on Behalf of Themselves and All Others Similarly Situated and KENNETH HOYTE, Individually,

Plaintiffs,

v.

Case No. 24 Civ. 7364

LOOKS GREAT SERVICES, INC.,

Defendant.

---

DEPOSITION OF
ARIEL ALVAREZ

DATE: Thursday, August 13, 2026
TIME: 10:03 a.m.
LOCATION: Remote Proceeding
Nesconset, NY 11767
REPORTED BY: James Bekman
JOB NO.: 8377224

A. ALVAREZ

Q Okay. And so you would pick log loader or something if you were assigned to that; is that right?

A After Marcus said we were allowed.

Q Okay. So before Marcus said you were allowed to properly record your time, were you improperly recording your time?

A I was always improperly recording my time now that I look back on it.

Q Why were you improperly recording your time?

A I was always getting paid at the groundsman rate, no matter what I was doing.

Q Why were you improperly recording your time?

MR. KASKE: Objection.

THE WITNESS: Because that's how management, you know -- that's what management advised us to do.

BY MS. FERRIER:

Q So is it your testimony that you

A. ALVAREZ

had the app, it has these dropdowns, and somebody at management said, "Pick the wrong designation here from the dropdown?"

MR. KASKE: Objection.

THE WITNESS: Yes.

BY MS. FERRIER:

Q Okay. Who told you to do that?

A Marcus.

Q When did Marcus tell you to pick the wrong dropdown?

A I don't remember.

Q Okay. So Marcus told you to improperly record your time, so you were picking a designation that you knew was wrong; is that correct?

A At the time, I didn't know it was wrong. I didn't know that we were entitled to a different pay. They liked to keep it so that the less we knew about prevailing wage, the better. So it's not that he advised. It's -- I just didn't know any better other than what I was told.

Q Well, you testified earlier that

you went on the New York State website and you looked up the prevailing wage rates shortly after you started working at Looks Great; correct?

A Correct.

Q Okay. So were you aware that you were recording the wrong time when you were doing it that way?

MR. KASKE: Objection.

THE WITNESS: Not that I remember, no. I wasn't -- I wasn't sure.

BY MS. FERRIER:

Q Okay. All right. So then when you would get -- when you'd finish up at a job site for the day -- well, actually, let me step back.

So when you're at the job site, were you ever going into the app and changing your designation for what job you were doing when you were switching between jobs?

A No.

Q Okay. So you just would clock in for one rate and you would just keep it

A. ALVAREZ

that rate for the whole day; is that right?

A Correct.

Q Okay. And then when you finished the -- at the job site, did you switch your pay designation in the app for the drive back to the yard?

A Yes. Management would make us change over to company time for the ride back.

Q Okay. And then when did you clock out completely for the day?

A After we either put all the equipment away or parked our designated truck in its spot.

Q Okay. So did you always personally enter your own time on the timekeeping app, or did somebody else do that for you?

A We -- we would do it personally.

Q Okay. And just to clarify, when I'm asking you these questions and you're answering, "We would do this," I don't care about anybody else. I'm just asking

A. ALVAREZ

you at this point. So just answer for yourself.

A Okay.

Q And I -- you know, I'm paraphrasing because I forget your exact words, but you were saying something about notes in the app. So can you just explain to me what you were talking about there?

A Yes. So you were allowed to add a note for what you were clocked into. And that -- you know, those notes were there or -- yes. Sorry.

Q Okay. So let's say you got to a job site, you're working on a stump grinder. You could put a note in the app that says you're working on a stump grinder; is that right?

A Yes.

Q Did you always do that when you were working on a stump grinder?

A No.

Q Okay. Why not?

A Because I didn't know that I was entitled to extra pay for using a stump

A. ALVAREZ

of those two-person crews, were you stump grinding or were you driving the log loader?

A I did both.

Q Okay. And who did you typically work with when you were on that two-person crew?

A I'm trying to remember names. There was a few, but I -- Evan, Christian, Kenny are a few.

Q Is that -- when you say Kenny, is that Kenneth Hoyte?

A Correct.

Q When you were working with Evan, do you remember which of you was operating the log loader?

A If I was working with Evan, I was grinding stumps.

Q Okay. And what about when you were working with Kenny?

A The log loader.

Q So Kenny would've been grinding the stumps?

A Correct.

Q Okay. And what about when you were on the five-person crews? Do you remember who you worked with?

A Typically, I would be on Marvin's crew.

Q And who was on Marvin's crew besides you and, I guess, Marvin?

A Every day would be different. I can't really remember. I don't remember. It would switch around.

Q Was Marvin, like, the head of that crew?

A Correct.

Q What was Marvin's position or role?

A Tree trimmer.

Q Okay. Is it accurate then that the tree trimmer is, like, the head of the crew for the day?

A Yeah.

Q Okay. Does the tree trimmer get paid the most?

A I don't know.

Q Okay. You never worked as a

A I don't remember.
Q Okay. Do you know why he left?
A No.
Q Did he ever show you his pay stub?
A No.
Q Did he ever tell you how much he got paid?
A No.
Q Did you ever tell him how much you got paid?
A No.
Q What about Kelvin Frazier? Did you ever work with him?
A Yes.
Q Okay. What kinds of jobs was he doing when you worked together?
A He was operating log loaders. He was operating wood chippers. Yeah, he was an operator.
Q Okay. So when he was operating a log loader, what kind of work would you be doing?
A Skid steer operator.

Christmas decor jobs?
A A few times, yes.
Q Okay. Did you work with Kenny on Christmas decor jobs?
A Yes. A few times, yes.
Q Okay. During the -- I guess so you said you worked with Kenny just during your second stint; right?
A I believe so, yes.
Q Okay. And then did you work with Kelvin during both your first and second stint on Christmas decor jobs?
A I believe so, yes.
Q Okay. Do you know how much Kelvin was paid by Looks Great?
A No.
Q Did he ever show you his pay stubs?
A No.
Q Did you ever tell him how much money you were getting?
A No.
Q Okay. Do you know how much -- well, withdrawn. Do you know Jose

A. ALVAREZ

Portillo?

A No.

Q You don't know who that is?

A No.

Q Okay. Do you know how much any of your coworkers were paid at Looks Great?

A No.

Q Did you ever tell any of your coworkers how much you were paid?

A No.

Q Okay. Are you familiar with the New York State Apprentice Program?

A Yes.

Q Is that something that you ever participated in?

A Yes.

Q Explain to me what the apprentice program is?

A It's -- you have to do -- I did some online schooling. I did to -- it was to try and get my -- it was an apprenticeship through the Department of Labor to try and get your journeyman in

A. ALVAREZ

A Just the second.

Q Okay. What about for your first stint? Can you think of anybody who could confirm which piece of equipment you were working on during your first stint?

A Yeah. Kelvin.

Q Kelvin. Okay. Anybody else?

A Marvin. Evelio.

Q What's Emilio's last name?

A Palacios. Evelio with a V.

Q Oh, Evelio. Okay. Palacios. What did Evelio Palacios do?

A He was, for a while when I first got there, the tree trimmer for the other crew. And then I believe he suffered a heart attack while he was cutting, and he was no longer cutting after the fact.

Q Was he doing anything after the heart attack? Did he have a different job or he just stopped working?

A I know he stopped working for a while. He was out for a while. He says that -- oh, I guess that's -- never mind. He -- yeah, he -- he came back to work and