# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

KELVIN FRAZIER and ARIEL ALVAREZ, on Behalf of Themselves and All Others Similarly Situated, and KENNETH HOYTE, Individually,

Plaintiffs,

v. Case No. 24 Civ. 7364

LOOKS GREAT SERVICES, INC.,

Defendant.

---

DEPOSITION OF

KELVIN FRAZIER

DATE: Friday, August 14, 2026

TIME: 10:10 a.m.

LOCATION: Remote Proceeding
Lake Ronkonkoma, NY 11779

REPORTED BY: Rashawnn Pope

JOB NO.: 8377235

K. FRAZIER

wood chipper to replace the one that was actually damaged at the time.

Q Did you all wait around for that, or did you leave the job site, go do something else?

A No. We waited. It -- it didn't take that long. We weren't that far from the actual site, I believe. It was like a transfer of, "Okay, take this one back to the yard, go get the other one and come back to the site."

Q Okay. Do you remember the names of people that you typically worked with on these five-person crews?

A Yes. Aside from a couple of nicknames 'cause I didn't know their real names like originally. But yeah, I knew the names of the gentleman who worked with me. I was able to call them or -- or get their attention by name. I -- I never worked with someone I didn't know their name.

Q Okay. What were the names of the people you worked with?

K. FRAZIER

A Norvin, Evelio, Eric, Marcus, Marvin, Marlin, Luis, Cooper, Ariel, Kenny, Sean, I can't remember the one gentleman's name when I first started. They -- he wasn't there no more. Jesus, the guy I would call Smiley because I didn't know his real name. And, I mean, Evan as well.

Q Was Evan a supervisor?

A Not to my knowledge.

Q Okay.

A No. Evan never portrayed himself to be anyone's supervisor or he -- he would actually always say, "I'm just -- I'm just the same as you guys. You know, we all get paid the same, we all doing the same work."

Q Okay. Anybody else you can think of?

A Well, there were gentlemen in the past when I first worked there, but I don't recall their names.

Q Okay.

A But, you know, when I came

K. FRAZIER

couple beers or whatever, just chill on a Friday here and there. And there's times where, you know, guys would talk about how they get certain amount of hours to operate certain things.

Q Okay. Did any of them ever say how much money they were being paid?

A Like, for this, no. Like to the donuts? No. No one's ever said, "Hey, I make this much money," exactly. I mean, there was one gentleman who told me that he got paid a certain amount of money, but that he would be the only one that, like, would have went into detail of his hourly rate.

Q Who was that?

A The gentleman named Marlin.

Q When did you have this conversation with Marlin?

A Well, he brought it up to me. This is the -- I want to say November, him, I, Evelio, Angel were doing a Christmas tree in Smithtown. And this is when I had a, you know, concern about my