UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all others similarly situated, and KENNETH HOYTE, individually, Plaintiffs, - against - LOOKS GREAT SERVICES, INC., Defendant. | Case No. 24 Civ. 7364 (JS)(AYS) |

**NOTICE OF WITHDRAWAL OF BENJAMIN GOLDSTEIN**

PLEASE TAKE NOTICE that Benjamin Goldstein is no longer associated with the law firm of Kessler Matura P.C. as of August 31, 2026. Pursuant to Local Rule 1.4(b), Plaintiffs request that Mr. Goldstein be withdrawn as attorney of record in this case and that all further electronic notices in the matter to him be terminated. The remaining counsel of record for Plaintiffs, including the undersigned, is the same.

Dated: Melville, New York
September 10, 2026

Respectfully submitted,

______________________

Troy L. Kessler
Garrett Kaske
Jocelyn Small
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com
jsmall@kesslermatura.com

*Attorneys for Plaintiffs and the Putative FLSA Collective and Putative Class*