KESSLER MATURA

September 25, 2026

**VIA ECF**
Honorable Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re**: ***Frazier et al. v. Looks Great Services, Inc.***
**Case No. 24 Civ. 7364 (JS)(AYS)**

Dear Judge Shields:

Plaintiffs' counsel, Kessler Matura P.C. ("KM"), writes to respectfully request a pre-motion conference concerning KM's motion to withdraw as Opt-In Plaintiff Jose Portillo's counsel, an opt-in plaintiff. We submit this request in accordance with Local Civil Rule 1.4(b) and Rule X(C) of Your Honor's Individual Rules.

The Rules of Professional Conduct permit withdrawal if (a) the client fails cooperate in the case, (b) the client "renders the representation unreasonably difficult for the lawyer to carry out employment effectively," or (c) the lawyer has a good-faith belief the court where the case is pending will find some other good cause justifying withdrawal. R. Prof. Conduct ¶¶ 1.16(c)(7), (12). The Local Rules require leave of Court to withdraw as counsel, upon a showing as to the reasons for withdrawal, the case's posture, and whether retaining or charging lien is being asserted. Local Rule 1.4(b). KM is prepared to advise the Court of the information below, either at a court conference or by way of a declaration, which will satisfy these standards.

The case is presently in discovery. By Order dated August 28, the Parties are to submit a joint status letter by October 5, complete discovery by October 30, and initiate dispositive motion process by December 4. These existing deadlines will not be affected by the withdrawal.

KM seeks to withdraw as Mr. Portillo's counsel because KM cannot continue to prosecute his claims effectively without his cooperation. KM is presently unable to arrange for and defend his noticed deposition. KM does not assert a retaining or charging lien against Mr. Portillo. KM will continue to represent the remaining Plaintiffs in this action.

Mr. Portillo was previously notified of KM's intent to withdraw and is being served with a copy of this request at his last-known mailing and email addresses.

Thus, KM respectfully requests a pre-motion conference and for KM to be relieved as Mr. Portillo's counsel. Thank you for Your Honor's anticipated attention to this matter.

Respectfully submitted,

Garrett Kaske

cc: Counsel of Record (via ECF)
Jose Alfredo Portillo (First-Class Mail)