UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all others similarly situated, and KENNETH HOYTE, individually, Plaintiffs, | : | No.: 24 Civ. 7364 (JS) (AYS) |
| - against - | : | |
| LOOKS GREAT SERVICES, INC., Defendant. | : | |

**NOTICE OF MOTION TO WITHDRAW**
**AS ATTORNEY FOR OPT-IN PLAINTIFF PORTILLO**

PLEASE TAKE NOTICE: For the reasons set forth in Plaintiffs' Memorandum of Law and the Declaration of Garrett Kaske, including the Plaintiffs' sworn declarations, the law firm of Kessler Matura P.C. moves this Court, pursuant to Local Rule 1.4(b), for an order permitting Kessler Matura P.C. to withdraw as counsel for Opt-In Plaintiff Jose Portillo.

Answering papers, if any, shall be served no later than 14 days after service of these moving papers in accordance with Local Rule 6.1(b), or at such other times as the Court may direct.

Dated: Melville, New York
October 1, 2026

Respectfully submitted,

Garrett Kaske

**KESSLER MATURA P.C.**
Troy L. Kessler
Garrett Kaske
Jocelyn Small
445 Broadhollow Road, Suite 316
Melville, NY 11747
Phone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

jsmall@kesslermatura.com

***Attorneys for Plaintiffs, the FLSA Collective, and Putative Class***

To: Jose Portillo
40 Farrington Avenue
Bay Shore, NY 11706
(Via FedEx Overnight)

Valerie K. Ferrier
Charlotte Moriarty Pramer
**MEISTER SEELIG & SCHUSTER PLLC**
125 Park Avenue, 7th Fl.
New York, New York 10017
vkf@mss-pllc.com
cpramer@mss-pllc.com
*Attorneys for Defendant Looks Great Services, Inc.*
(Via ECF)