UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

| | | |
|---|---|---|
| KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all others similarly situated, and KENNETH HOYTE, individually, | : | No.: 24 Civ. 7364 (JS) (AYS) |
| Plaintiffs, | : | |
| - against - | : | |
| LOOKS GREAT SERVICES, INC., | : | |
| Defendant. | : | |

---------------------------------------------------------------------- X

**DECLARATION OF GARRETT KASKE IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY FOR OPT-IN PLAINTIFF PORTILLO**

I, Garrett Kaske, declare as follows:

1. I am a Partner of the law firm of Kessler Matura P.C. ("KM"), counsel for Plaintiffs, in the above-captioned matter. I make this Declaration in support of KM's motion to withdraw as counsel for Opt-In Plaintiff Jose Portillo, pursuant to Local Rule 1.4(b).

2. I am providing skeletal factual information relating to this motion because in matters relating to withdrawal as counsel, a lawyer cannot disclose client confidences without client consent.

3. Without waiving attorney-client privilege, KM is no longer able to confidently prosecute the claims of Mr. Portillo without his cooperation. KM is presently unable to arrange for and defend his noticed deposition, which Defendant first noticed on May 4, 2026.

4. KM has attempted to advise Mr. Portillo of our intent to seek an order of the Court formally relieving KM as his counsel, including by mailing him our pre-motion-conference request letter on September 25, 2026. The letter was sent to his last-known address and sent via text message to his last-known phone number. Neither the letter nor the text were returned as undeliverable

5. KM does not assert a retaining or charging lien against Mr. Portillo.

6. KM will continue to represent the remaining Plaintiffs in this action.

7. Today, October 1, 2026, before e-filing this motion, my office served a copy of this motion and declaration to Mr. Portillo, via Fedex Overnight Delivery, to his last known address, at 40 Farrington Avenue, Bay Shore, NY 11706.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Melville, New York
October 1, 2026

By: ______________________
Garrett Kaske

**KESSLER MATURA P.C.**
Troy L. Kessler
Garrett Kaske
Jocelyn Small
445 Broadhollow Road, Suite 316
Melville, NY 11747
Telephone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com
jsmall@kesslermatura.com

***Attorneys for Plaintiffs, the FLSA Collective, and Putative Class***