UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all others similarly situated, and KENNETH HOYTE, individually, Plaintiffs, | : | No.: 24 Civ. 7364 (JS) (AYS) |
| - against - | : | **CERTIFICATE OF SERVICE** |
| LOOKS GREAT SERVICES, INC., Defendant. | : | |

I, Garrett Kaske, hereby declare as follows:

1. I am over 18 years of age, am not a party to this action and reside in Patchogue, New York.

2. Today, October 5, 2026, I served the Court's Scheduling Order, dated October 3, 2026, on Opt-In Plaintiff Jose Portillo, at his last known address, which is as follows: Jose Alfredo Portillo, 40 Farrington Avenue, Bay Shore, New York 11706.

3. I placed the Court's Scheduling Order in an FedEx envelope addressed to Mr. Portillo, with a pre-paid shipping label affixed to it, and deposited said envelope into the in an official FedEx depository located at 445 Broadhollow Road, Melville, New York 11747.

* * * *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Melville, New York
October 5, 2026

Respectfully submitted,

/s/ *Garrett Kaske*

**KESSLER MATURA P.C.**
445 Broadhollow Road, Suite 316
Melville, New York 11747
Telephone: (631) 499-9100
gkaske@kesslermatura.com
*Attorneys for Plaintiffs*