# Exhibit B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all others similarly situated, and KENNETH HOYTE, individually,

Docket No. 24 Civ. 7364 (JS)(AYS)

Plaintiffs,

-against-

LOOKS GREAT SERVICES, INC.,

Defendant.

- - - - - - - - - - - - - - - - - - X

October 13, 2026
10:12 a.m.

EXAMINATION BEFORE TRIAL of

ALISON CHANDONNET, Appearing for Defendant, LOOKS GREAT SERVICES, INC., taken pursuant to Notice, held via teleconference before a Notary Public of the State of New York.

* * *

A P P E A R A N C E S:

KESSLER MATURA, P.C.,
Attorneys for Plaintiffs
445 Broadhollow Road
Suite 316
Melville, New York 11747

BY: GARRETT KASKE, ESQ.
E-mail: Gkaske@kesslermatura.com

MEISTER SEELIG & SCHUSTER PLLC,
Attorneys for Defendant
125 Park Avenue, 7th Floor
New York, New York 10017

BY: VALERIE FERRIER, ESQ.
E-mail: Vkf@mss-pllc.com

* * *

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the sealing and filing of the within deposition be waived; that such deposition may be signed and sworn to before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before a Justice of this Court.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form, are reserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that the within examination and any corrections thereto may be signed before any Notary Public with the same force and effect as if signed and sworn to before this Court.

- Alison Chandonnet -

A L I S O N C H A N D O N N E T,
the witness herein, having been first duly sworn by Christy J. Rockower, a Notary Public of the State of New York, was examined and testified as follows:

oOo

THE REPORTER: Will the witness please present a government issued ID by holding it up to the camera for identification.

(Witness complies.)

EXAMINATION CONDUCTED BY MR. KASKE:

Q Would you please state your name.
A Alison Chandonnet.
Q What is your address, please?
A One Kent Drive, Huntington, New York 11743.
Q Good morning. My name is Garrett Kaske, I'm an attorney with the law

- Alison Chandonnet -

A Right.

Q LGS overtime X 1.5 hourly, what does that mean?

A That would be their LGS rate if they were, like, working on something in the yard. A lot of times their LGS hourly rate is the same rate as their drive time rate, most of the time that's the case. So it depends how we had it set up in the system. Apparently in 2020, it looks like it was rolling overtime -- it was the drive time is the LGS hourly. They both are figured at time and a half, it's the same rate.

Q Why is that that the drive time and the LGS hours --

A It's the same rate for -- Ariel was 14 an hour for drive time and for LGS hourly, which I'd say probably 80 percent of the employees are set up that way. So he had five hours of overtime. He had 45.62 hours that week so 5.62 is overtime and it shows up as LGS hourly, which is time and a half which is $21 which is time

- Alison Chandonnet -

and a half of his drive time rate.

Q Got it. So you said 80 percent are set up that way, what do you mean?

A Most of the employees, their LGS hourly rate is the same as their drive time rate. So whether they are driving or working in the yard, usually it's -- a lot of them are set up, they have the same rate for both of those classifications of work.

Q For those folks, what would their overtime rate be?

A Time and a half.

Q Time and a half, the drive time/hourly rate?

A Yes, LGS hourly rate.

Q Thank you.

Did the TSheets data, right, that would get imported into QuickBooks. Were the TSheets data, like, accessible independently of QuickBooks?

A So I know it was an app on their phones. I didn't have the app, I don't have BusyBusy. I'm salaried, I don't have the app. So to be honest, I'm not familiar

- Alison Chandonnet -

with what these apps look like. I know that -- I believe TSheets is its own app. Like, QuickBooks, they didn't have an app for QuickBooks but they had TSheets so I believe it's separate. But I think TSheets is a product, I believe, of QuickBooks. So I think they were made to work together, but the employees, I believe, accessed it through TSheets. I never had that app so...

Q You said May of 2023 was when you brought in Foundation, about then?

A I believe we -- I believe it was May of 2023.

(Whereupon, Plaintiff's Exhibit 3, document Bates stamped Defendant 003068, was marked for identification.)

BY MR. KASKE:

Q I'm going to show you -- I'm now showing the witness a document bearing Bates stamp Defendant 003068. Please review the document and let me when know you want me to scroll down.

- Alison Chandonnet -

you brought the information from TSheets to, you know, QuickBooks?

A It wouldn't actually roll to QuickBooks, it stayed within TSheets. But if I went to TSheets on a desktop, I never had the app, I would be able to see a note, but it didn't roll into QuickBooks.

Q Okay. So if somebody, you know, like you said, missed that lunch punch, right, how would you be able to reconcile that when the note's on TSheets but not in QuickBooks?

A Then I would have to tell the foreman, this has to be edited. I didn't make edits to time sheets, but the foreman could edit their people. So then I would say to Bob, or whoever it was, you know, Emilio forgot to sign out of lunch, and then he would have to actually change TSheets so that then when it -- the upload happened it would upload correctly. Like, I could never make changes to time sheets.

Q So if -- so going back to that pay stub we looked at earlier, I'll put it

- Alison Chandonnet -

back up. Right here it says --

MS. FERRIER: It's not up yet. There it is.

Q This is --

MS. FERRIER: Number 4.

Q Number 4, Defendant 003098. So this says operator engineer E, two hours, how would that get sorted out if that was done by a note?

A I don't know if it was done by a note. The foreman communicated to me, I don't remember whose check this is, but whoever -- or Kenny, I see Kenny had two hours of Op E, and then I would put in the two hours of Op E. But the notes don't determine what shows up in QuickBooks. The notes are really just a tool for me or the foreman, the foreman was supposed to catch it. The job of the foreman is to look over the -- at the end of the week, make sure everybody's time sheets are correct and let me know, you know, the op hours are as such. So they can go in and make changes, but the notes don't translate, like, over

- Alison Chandonnet -

hours to QuickBooks. It's really a tool for the foreman or for me. They had to be manually entered.

Q So just to go back in the process of you getting the time sheets. Let's go back in time, the paper sheets. Who would fill those out, the employees or the foreman?

A The employees. I believe the employees filled out their time sheets daily and then the foreman went over them for corrections. I mean, some of these guys don't even speak English so there were a lot of corrections, that happened a lot. And they were either dropped on my desk or handed to me for payroll.

Q And then when you moved to TSheets, what was the process between, like, going from, you know, the person entering their information into TSheets to getting to you?

A It just uploaded. QuickBooks pulled it. Like, I would go into QuickBooks and literally click, like,

- Alison Chandonnet -

upload from TSheets dates blah blah to blah blah, and it would pull it in. And then it populated into the fields, literally populated into their checks.

Q Did a foreman have to review the workers' TSheets before the Monday that you uploaded them?

A Yes. And I believe the employees, from what I was always told, that it asked them at the end of the week they had to certify that their time sheet was correct at the end of every week before they submitted it.

Q What do you mean that you were always told?

A I was told that it asked them, like, is this correct, is this paycheck correct, to your knowledge, before you submit it, and then they put it through. So they -- my understanding is they also can review their weekly TSheets time, you know, time schedule before they actually click okay. But when I pull it over Monday morning it pulls everybody at once.

- Alison Chandonnet -

Q Is there ever missing information when you pull it over into QuickBooks or Foundation or whatever you were using?

A No, that's the only way the hours can roll.

Q So then when you moved to TSheets with -- so when you moved to BusyBusy, was it the same process, the employee puts in the time, foreman has to review it, right, the employee made, and then sign off on it, or not, and then it goes to you?

A And pushes to me, same thing.

Q Currently that's the same process as well?

A Yes.

Q Back when it was paper, were those time sheets signed by anybody?

A I'm sorry, I don't understand the question.

Q I guess, did anybody physically like sign their weekly --

A Oh, sign off on them.

- Alison Chandonnet -

Q Yes.

A I don't recall. I don't remember if there was a space on there to sign. It's so long ago I can barely picture the sheet.

Q Are those sheets still in the server?

A I would assume.

MR. KASKE: I call for the production of the time sheets for the relevant period.

MS. FERRIER: Follow up in writing.

MR. KASKE: I'll follow-up in writing.

DOCUMENT/DATA REQUESTED_________________________

BY MR. KASKE:

Q So tell me about what the onboarding process looks like for the laborers that worked for Looks Great Services?

MS. FERRIER: Objection. Vague.

- Alison Chandonnet -

their phone?

A Yes.

Q And you were still using QuickBooks at that time; right?

A Yes.

Q So at some point did that change?

A Yes.

Q Do you remember when that changed?

A I don't remember exactly when we went to Foundation. But we moved to Foundation, I think it was sometime after 2020.

Q Okay. So when you moved -- you moved from QuickBooks to Foundation; is that right?

A Right.

Q Were the employees still using TSheets at that time?

A Yes.

Q So then --

A Up until we moved to Foundation. But then TSheets did not work with

- Alison Chandonnet -

Foundation, they don't cooperate, so that's when we started using BusyBusy.

Q So at some point you switched from TSheets to BusyBusy and from QuickBooks to Foundation; correct?

A Yes.

Q And then that changed again; is that right?

A Yes.

Q Is that the most recent change to ADP that you were describing?

A Yes.

Q But you're currently still using BusyBusy and you are in the process of rolling out ADP; is that right?

A Yes. We will be -- BusyBusy will stay with ADP, they cooperate, so yes.

MS. FERRIER: I don't have anything further.

MR. KASKE: Nope.

THE REPORTER: Valerie, are you ordering a copy of the transcript?

MS. FERRIER: Garrett,

- Alison Chandonnet -

will hook me up.

oOo

(Time noted: 12:03 p.m.)