# Exhibit C

Outlook

## Re: Frazier v. Looks Great - Deps & Discovery

**From** Garrett Kaske <gkaske@kesslermatura.com>
**Date** Wed 10/28/2026 4:57 PM
**To** Valerie K. Ferrier <vkf@mss-pllc.com>; Jocelyn Small <jsmall@kesslermatura.com>; Charlotte M. Pramer <cpramer@mss-pllc.com>
**Cc** Troy Kessler <tkessler@kesslermatura.com>

2 attachments (959 KB)
Frazier - 12.08.23.pdf; Ex. 26 Extract.pdf;

Thank you for getting this over. However, there are number of issues that we have to continue working through.

To start, I think we need meet and confer on items 2 through 4, as I do not understand how Defendant does not have them. BusyBusy, for example, has an Event Logs feature that permits you to view edits made to time entries and related meta data. *See* https://helpcenter.busybusy.io/en/articles/15451876-reviewing-busybusy-event-logs-web-only. Quickbooks also has these options for reports. https://quickbooks.intuit.com/learn-support/en-us/help-article/list-reports/quickbooks-time-reports/L0WYtn0mw_US_en_US#logging. It is our understanding that any old TSheets data may have been backed up while the BusyBusy data should be accessible, as LGS is still using BusyBusy. *See* Pitts Dep. 43:22-43:2; Chandonnet Dep. 72:14-18.

Additionally, the Parties need to work through the gaps in the recently produced time records. For example, Kelvin Frazier's time data ends May 2023. He worked through December though. Please see the attached related to this example. We are still comparing the data sets to get you a full list of issues we've identified. I expect to have that to you soon.

As such, we will be moving to extend the deadline and ask for a time to meet and confer on these items in the interim.

Best,
Garrett

Garrett Kaske
**Kessler Matura P.C.**
Main - 631.499.9100
Direct – 631.396.0259

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it may contain confidential or privileged information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you

have received this transmission in error, please immediately notify me by reply email and destroy the original transmission and its attachments without saving them in any manner. Thank you.

---

**From:** Valerie K. Ferrier <vkf@mss-pllc.com>
**Sent:** Wednesday, October 28, 2026 9:41 AM
**To:** Jocelyn Small <jsmall@kesslermatura.com>; Garrett Kaske <gkaske@kesslermatura.com>; Charlotte M. Pramer <cpramer@mss-pllc.com>
**Cc:** Troy Kessler <tkessler@kesslermatura.com>
**Subject:** RE: Frazier v. Looks Great - Deps & Discovery

Good morning. Attached are documents responsive to Plaintiffs' supplemental requests.

We have no other responsive documents.

Accordingly, we don't see the need for and do not consent to any extension of discovery, as you now have everything we have, ahead of our deadline.

Specifically, in response to Garrett's email:

1. **Written Timesheets:** The Class Members' handwritten time sheets, if any. These documents are responsive to Document Request No. 8.

We do not have these, to the extent that they exist for the 2018 period. The testimony is conflicting on whether LGS was still using written sheets at the start of the relevant period. Of course, if LGS had already completely transitioned away from paper timesheet — there is nothing to produce. **Defendant has no responsive documents beyond those already produced.**

2. **TSheets Records:** The Class Members' TSheets time records, including original entries, modifications, adjustments, and associated audit trails identifying when and by whom entries were modified. These documents are responsive to Document Request No. 8.

We do not have the records sought here. We have the charts produced as DEF17849-20079, plus the original three DEF564-754. These are not original records, nor do they reflect the before/after edits made by the foreman. Note that we have various payroll related spreadsheets showing the wages paid, but not the underlying time entries. **Defendant has no responsive documents beyond those already produced.**

3. **BusyBusy Records:** The Class Members' BusyBusy records, including original entries, modifications, adjustments, and associated audit trails identifying when and by whom entries were modified. These documents are responsive to Document Request No. 8.

Same as the above. **Defendant has no responsive documents beyond those already produced.**

4. **Employee Schedules:** The Class Members' schedules, including original and revised schedules, together with communications concerning scheduling, shift assignments, and schedule changes. This includes TSheets records comparable to P000829–P000860. These are responsive to Request Nos. 8, 11, 21, and 22.

We do not have these. **Defendant has no responsive documents beyond those already produced.**

5. **Communications Concerning Mr. Myers:** All communications between Mr. Pitts and Mr. Myers, as well as communications concerning Mr. Myers involving other employees or supervisors. These are responsive to Request Nos. 6, 17, 18, 20, 35, 37, and 38.

We received two files from Bond on February 6, 2026, in a subfolder called "Communications with DOL." These were the documents we Bates Stamped before Mr. Pitts deposition -- Defendant 3987-3992. **Attached.**

6. **Employee Handbooks and Onboarding Materials:** All employee handbooks, onboarding packets, acknowledgment forms, and related employment policies, including those concerning timekeeping, scheduling, and overtime. These documents are responsive to Request Nos. 9, 10, 11, 14, and 26.

We do not have these files. I received three files from Bond on February 6, 2026, in a subfolder called "Personnel":




We cannot view the application file, as it is a document in the cloud and requires a sign in to access:




(Hyperlink goes to: https://cloudimanage.com/auth?auto_submit=false&remember_email=false#/login).

Specifically, in response to Request No. 26 ("All versions of employee handbooks or manuals"), Defendant state that they were produced in response to some prior requests. But we have not located it in our review of ether the folders of un-Bates-Stamped documents or the documents bearing Bates Stamps. **Attached.**

**Valerie K. Ferrier**

Partner

MSS MEISTER SEELIG & SCHUSTER

E: vkf@mss-pllc.com
D: (212) 655-3589
O: (212) 655-3500

125 Park Avenue, FL 7
New York, NY 10017
www.mss-pllc.com

*****New email domain: @mss-pllc.com — please whitelist to ensure receipt.***

**NOTICE UNDER E-SIGN ACT**: Unless specifically set forth herein, this electronic communication is not intended to be a legally binding electronic signature, and no offer, commitment, or assent on behalf of the sender or its client is expressed or implied by the transmission of this email or any attachments hereto.

**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** This electronic communication and any attachments are transmitted by MEISTER SEELIG & SCHUSTER PLLC and may contain information that is legally privileged and confidential, intended solely for the use of the named recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents hereof is strictly prohibited. If you have received this communication in error, please notify the sender immediately, permanently delete this message and all attachments, and retain no copies thereof.

---

**From:** Jocelyn Small <jsmall@kesslermatura.com>
**Sent:** Tuesday, October 27, 2026 2:11 PM
**To:** Garrett Kaske <gkaske@kesslermatura.com>; Valerie K. Ferrier <vkf@mss-pllc.com>; Charlotte M. Pramer <cpramer@mss-pllc.com>
**Cc:** tkessler <tkessler@kesslermatura.com>
**Subject:** Re: Frazier v. Looks Great - Deps & Discovery

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Hi Valerie and Charlotte,

I just tried calling you both but did not leave a voicemail. I am following up on Garrett's email from Friday, October 23, regarding a 45-day extension of the discovery deadline.

In light of the information obtained during the two recent depositions, additional time is needed to request and obtain supplemental documents. As discovery is set to close this Friday, October 30, we will need to file a letter motion with the Court shortly.

Please let us know whether Defendant consents to the requested extension.

Best,
Jocelyn

Jocelyn Small
**Kessler Matura P.C.**
445 Broadhollow Road, Suite 316
Melville, NY 11747
main: (631) 499-9100
direct: (631) 465-0037
jsmall@kesslermatura.com
www.kesslermatura.com

*Licensed to practice in New York and New Jersey.*

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it may contain confidential or privileged information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply email and destroy the original transmission and its attachments without saving them in any manner. Thank you.

P **Do you really need to print this email? In our efforts to go green, please consider the environment before printing.**

---

**From:** Garrett Kaske <gkaske@kesslermatura.com>
**Sent:** Monday, October 26, 2026 6:20 PM
**To:** Valerie K. Ferrier <vkf@mss-pllc.com>; Charlotte M. Pramer <cpramer@mss-pllc.com>
**Cc:** Troy Kessler <tkessler@kesslermatura.com>; Jocelyn Small <jsmall@kesslermatura.com>
**Subject:** Re: Frazier v. Looks Great - Deps & Discovery

Good evening -

In short, we have not located any of the documents requested at the deposition and in my follow-up letter/demand. Here are some details on each category, in terms of what we did and did not receive:

1. **Written Timesheets:** The Class Members' handwritten time sheets, if any. These documents are responsive to Document Request No. 8.

We do not have these, to the extent that they exist for the 2018 period. The testimony is conflicting on whether LGS was still using written sheets at the start of the relevant period. Of course, if LGS had already completely transitioned away from paper timesheet — there is nothing to produce.

2. **TSheets Records:** The Class Members' TSheets time records, including original entries, modifications, adjustments, and associated audit trails identifying when and by whom entries were modified. These documents are responsive to Document Request No. 8.

We do not have the records sought here. We have the charts produced as DEF17849-20079, plus the original three DEF564-754. These are not original records, nor do they reflect the before/after edits made by the foreman. Note that we have various payroll related spreadsheets showing the wages paid, but not the underlying time entries.

3. **BusyBusy Records:** The Class Members' BusyBusy records, including original entries, modifications, adjustments, and associated audit trails identifying when and by whom entries were modified. These documents are responsive to Document Request No. 8.

Same as the above.

4. **Employee Schedules:** The Class Members' schedules, including original and revised schedules, together with communications concerning scheduling, shift

assignments, and schedule changes. This includes TSheets records comparable to P000829–P000860. These are responsive to Request Nos. 8, 11, 21, and 22.

We do not have these.

5. **Communications Concerning Mr. Myers:** All communications between Mr. Pitts and Mr. Myers, as well as communications concerning Mr. Myers involving other employees or supervisors. These are responsive to Request Nos. 6, 17, 18, 20, 35, 37, and 38.

We received two files from Bond on February 6, 2026, in a subfolder called "Communications with DOL." These were the documents we Bates Stamped before Mr. Pitts deposition -- Defendant 3987-3992.

6. **Employee Handbooks and Onboarding Materials:** All employee handbooks, onboarding packets, acknowledgment forms, and related employment policies, including those concerning timekeeping, scheduling, and overtime. These documents are responsive to Request Nos. 9, 10, 11, 14, and 26.

We do not have these files. I received three files from Bond on February 6, 2026, in a subfolder called "Personnel":




We cannot view the application file, as it is a document in the cloud and requires a sign in to access:




(Hyperlink goes to: https://cloudimanage.com/auth?auto_submit=false&remember_email=false#/login).

Specifically, in response to Request No. 26 ("All versions of employee handbooks or manuals"), Defendant state that they were produced in response to some prior requests. But we have not located it in our review of ether the folders of un-Bates-Stamped documents or the documents bearing Bates Stamps.

***

Additionally, please advise on whether we have Defendant's consent to move for an extension.

I will get that stip on file this evening or early tmrw morning.

Best,
Garrett

Garrett Kaske
**Kessler Matura P.C.**
Main - 631.499.9100
Direct – 631.396.0259

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it may contain confidential or privileged information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply email and destroy the original transmission and its attachments without saving them in any manner. Thank you.

---

**From:** Valerie K. Ferrier <vkf@mss-pllc.com>
**Sent:** Monday, October 26, 2026 12:21 PM
**To:** Garrett Kaske <gkaske@kesslermatura.com>; Charlotte M. Pramer <cpramer@mss-pllc.com>
**Cc:** Troy Kessler <tkessler@kesslermatura.com>; Jocelyn Small <jsmall@kesslermatura.com>
**Subject:** RE: Frazier v. Looks Great - Deps & Discovery

Hi Garrett. Before we address the second set of document requests, please confirm that you have reviewed all documents previously produced, including those produced by Bond Schoneck, and that you do not already have the documents you're currently seeking.

Also, as a reminder, you were going to file the stip to vacate conditional class certification under the FLSA. I sent back my signature last week.

**Valerie K. Ferrier**
Partner

MSS Meister Seelig & Schuster

**E**: vkf@mss-pllc.com
**D**: (212) 655-3589
**O**: (212) 655-3500

125 Park Avenue, FL 7
New York, NY 10017
www.mss-pllc.com

****New email domain: @mss-pllc.com — please whitelist to ensure receipt.***

**NOTICE UNDER E-SIGN ACT**: Unless specifically set forth herein, this electronic communication is not intended to be a legally binding electronic signature, and no offer, commitment, or assent on behalf of the sender or its client is expressed or implied by the transmission of this email or any attachments hereto.

**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** This electronic communication and any attachments are transmitted by MEISTER SEELIG & SCHUSTER PLLC and may contain information that is legally privileged and confidential, intended solely for the use of the named recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents hereof is strictly prohibited. If you have received

this communication in error, please notify the sender immediately, permanently delete this message and all attachments, and retain no copies thereof.

---

**From:** Garrett Kaske <gkaske@kesslermatura.com>
**Sent:** Friday, October 23, 2026 7:00 PM
**To:** Valerie K. Ferrier <vkf@mss-pllc.com>; Charlotte M. Pramer <cpramer@mss-pllc.com>
**Cc:** tkessler <tkessler@kesslermatura.com>; Jocelyn Small <jsmall@kesslermatura.com>
**Subject:** Frazier v. Looks Great - Deps & Discovery

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Good evening -

I am writing with regards to discovery.

First, here is a link to the transcript files for Allison: Chandonnet Dep.zip. I am waiting on Marcus's transcript, I will probably have that on Monday.

Second, please find demands and correspondence related to the documents I requested at the depositions. For your convenience, we've attached a Word copy of the document requests.

Lastly, given that we've recently completed these two depositions and received the time records last Monday, let me know if you will consent to a 45-day discovery-extension request.

If you would like to discuss, I am around on Monday.

Have a nice weekend.

Best,
Garrett

Garrett Kaske
**Kessler Matura P.C.**
445 Broadhollow Road, Suite 316
Melville, New York 11747
Main - 631.499.9100
Direct - 631.396.0259
Fax - 800.451.0847
Email - gkaske@kesslermatura.com

*****We've moved. Please take note of our new address.*****

*Admitted to practice in New York only.

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it may contain confidential or privileged information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply email and destroy the original transmission and its attachments without saving them in any manner. Thank you.