# Exhibit D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELVIN FRAZIER and ARIEL ALVAREZ, on behalf of themselves and all others similarly situated, and KENNETH HOYTE, individually,<br><br>Plaintiffs,<br><br>-against-<br><br>LOOKS GREAT SERVICES, INC.,<br><br>Defendant. | Case No. 24 Civ. 7364 (JS) (AYS) |

**PLAINTIFFS' SECOND SET OF DOCUMENT REQUESTS**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Pla oduce the documents requested herein for the purposes of inspection and copying within 30 days after service hereof, in accordance with the instructions and definitions and instructions set forth in Plaintiffs' First Set of Document Requests, dated November 5, 2025.

**DOCUMENTS REQUESTED**

Request No.41: All time records for Class Members maintained in or otherwise generated through TSheets, including original entries, modifications, adjustments, and associated audit trails identifying when and by whom entries were modified.

Request No.42: All employee time records for Class Members maintained in or otherwise generated through BusyBusy, including original entries, modifications, adjustments, and associated audit trails identifying when and by whom entries were modified.

Request No.43: Onboarding packets for Class Members, including any wage acknowledgment forms, and other records concerning timekeeping, wage rates, scheduling, and overtime.

Request No.44: The Class Members' schedules, including original and revised schedules, together with communications concerning scheduling, shift assignments, and schedule changes. This includes those maintained in or otherwise generated through TSheets and BusyBusy records, such as the emails Bates Stamped P000829-P000860.

* * *

Plaintiffs may supplement these requests as necessary and appropriate.

Dated: Melville, New York
October 23, 2026

**BY:** ______________________
Garrett Kaske

Troy L. Kessler
Garrett Kaske
Jocelyn Small
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Phone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com
jsmall@kesslermatura.com

*Attorneys for Plaintiffs and the Putative Class*

To: Valerie K. Ferrier
Charlotte Moriarty Pramer
**MEISTER SEELIG & SCHUSTER PLLC**
125 Park Avenue, 7th Fl.
New York, New York 10017
vkf@mss-pllc.com
cpramer@mss-pllc.com

*Attorneys for Defendant Looks Great Services, Inc.*