# Exhibit E

KESSLER MATURA

October 23, 2026

**Via Email (vkf@mss-pllc.com)**
Valerie K. Ferrier
Meister Seelig & Schuster
125 Park Avenue, Fl. 7
New York, NY 10017

**Re: *Frazier v. Looks Great Services, Inc.*, Case No. 24 Civ. 7364 (JS) (AYS)**

Dear Valerie,

I write to memorialize the documents requested during Mr. Pitts's and Ms. Chandonnet's depositions, as summarized below, and, in the attached Second Set of Document Requests:

1. **Written Timesheets:** The Class Members' handwritten time sheets, if any. These documents are responsive to Document Request No. 8.

2. **TSheets Records:** The Class Members' TSheets time records, including original entries, modifications, adjustments, and associated audit trails identifying when and by whom entries were modified. These documents are responsive to Document Request No. 8.

3. **BusyBusy Records:** The Class Members' BusyBusy records, including original entries, modifications, adjustments, and associated audit trails identifying when and by whom entries were modified. These documents are responsive to Document Request No. 8.

4. **Employee Schedules:** The Class Members' schedules, including original and revised schedules, together with communications concerning scheduling, shift assignments, and schedule changes. This includes TSheets records comparable to P000829–P000860. These are responsive to Request Nos. 8, 11, 21, and 22.

5. **Communications Concerning Mr. Myers:** All communications between Mr. Pitts and Mr. Myers, as well as communications concerning Mr. Myers involving other employees or supervisors. These are responsive to Request Nos. 6, 17, 18, 20, 35, 37, and 38.

6. **Employee Handbooks and Onboarding Materials:** All employee handbooks, onboarding packets, acknowledgment forms, and related employment policies, including those concerning timekeeping, scheduling, and overtime. These documents are responsive to Request Nos. 9, 10, 11, 14, and 26.

Let us know if you have any questions or concerns.

Sincerely,

Garrett Kaske