# Exhibit F

Looks Great Services, Inc.
140 West 10th Street
Huntington Station, NY 11746
(631)367-2200

751

NON-NEGOTIABLE

12/08/23 NON-NEGOTIABLE

KELVIN FRAZIER
[redacted]

**Looks Great Services, Inc.**
**140 West 10th Street**
**Unit B**
**HUNTINGTON STATION, NY 11746**
**(631)367-2200**

Week Ending 12/03/23
Check Date 12/08/23
Check 751

Trade GM

[redacted]

EMPLOYEE 129 Kelvin Frazier

| | Hours | | Earnings | |
|---|---|---|---|---|
| | Current | Year To Date | Current | Year To Date |
| Overtime | 2.57 | 164.69 | 96.38 | 7,520.13 |
| Prevailing | 14.10 | 596.95 | 425.31 | 16,868.46 |
| Regular | 25.90 | 669.76 | 647.50 | 54,960.62 |
| PW Fringe | | | 329.85 | 15,231.23 |
| Holiday | | 32.00 | | 1,040.00 |
| Paid Time | | 56.00 | | 1,960.00 |
| Sick | | 16.00 | | 362.24 |
| **Gross Pay** | **42.57** | **1,535.40** | **1,499.04** | **97,942.68** |

| Pay Rates | | | |
|---|---|---|---|
| | Hours | Pay Rate | Current |
| Overtime | 2.57 | 37.500 | 96.38 |
| Prevailing | 12.10 | 24.220 | 293.06 |
| Prevailing | 1.00 | 52.820 | 52.82 |
| Prevailing | 1.00 | 79.430 | 79.43 |
| Regular | 25.90 | 25.000 | 647.50 |

| Taxes & Deductions | | |
|---|---|---|
| | Current | Year To Date |
| FIT | 164.70 | 10,549.74 |
| FICA | 109.03 | 5,626.07 |
| NY | 67.40 | 3,659.96 |
| NY PFL2 | 6.71 | 336.66 |
| NY SDI | .60 | 26.40 |
| Accidental | 10.04 | 90.36 |
| Medical/De | 73.79 | 664.11 |
| LT DIS | 11.37 | 102.33 |
| ST DIS | 7.02 | 63.18 |
| **Total Deductions** | **450.66** | **21,118.81** |

| Summary | | |
|---|---|---|
| **Gross Pay** | **1,499.04** | **97,942.68** |
| **Total Deductions** | **450.66** | **21,118.81** |
| **Net Pay** | **1,048.38** | **76,823.87** |