# **Exhibit G**

| First name | Last name | Date | Day | In | Out | Hours | Customer | Class |
|---|---|---|---|---|---|---|---|---|
| Frazier | | | | | | | | |
| Kelvin | Frazier | 01/22/2020 | Wed | 7:00am | 8:27am | 1:27 | LGS HOURLY | Drive Time |
| Kelvin | Frazier | 01/22/2020 | Wed | 8:27am | 12:30pm | 4:03 | Prevailing Wage | Nassau GM |
| Kelvin | Frazier | 01/22/2020 | Wed | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 01/22/2020 | Wed | 1:00pm | 5:24pm | 4:24 | Prevailing Wage | Nassau GM |
| Kelvin | Frazier | 01/22/2020 | Wed | 5:27pm | 6:27pm | 1:00 | LGS HOURLY | Drive Time |
| Kelvin | Frazier | 01/23/2020 | Thu | 7:00am | 8:30am | 1:30 | LGS HOURLY | Drive Time |
| Kelvin | Frazier | 01/23/2020 | Thu | 8:30am | 12:30pm | 4:00 | Prevailing Wage | Nassau GM |
| Kelvin | Frazier | 01/23/2020 | Thu | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 01/23/2020 | Thu | 1:00pm | 4:00pm | 3:00 | Prevailing Wage | Nassau GM |
| Kelvin | Frazier | 01/27/2020 | Mon | 7:04am | 8:37am | 1:33 | LGS HOURLY | LGS Hourly |
| Kelvin | Frazier | 01/27/2020 | Mon | 8:37am | 12:30pm | 3:53 | Prevailing Wage | Nassau GM |
| Kelvin | Frazier | 01/27/2020 | Mon | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 01/27/2020 | Mon | 1:00pm | 5:58pm | 4:58 | Prevailing Wage | Nassau GM |
| Kelvin | Frazier | 01/27/2020 | Mon | 5:58pm | 6:45pm | 0:47 | LGS HOURLY | Drive Time |
| Kelvin | Frazier | 01/28/2020 | Tue | 7:03am | 8:26am | 1:23 | LGS HOURLY | Drive Time |
| Kelvin | Frazier | 01/28/2020 | Tue | 8:26am | 12:30pm | 4:04 | Prevailing Wage | Nassau GM |
| Kelvin | Frazier | 01/28/2020 | Tue | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 01/28/2020 | Tue | 1:00pm | 3:27pm | 2:27 | Prevailing Wage | Nassau GM |
| Kelvin | Frazier | 01/28/2020 | Tue | 3:27pm | 5:01pm | 1:34 | LGS HOURLY | Drive Time |
| Kelvin | Frazier | 01/29/2020 | Wed | 7:03am | 7:45am | 0:42 | LGS HOURLY | Drive Time |
| Kelvin | Frazier | 01/29/2020 | Wed | 7:45am | 12:30pm | 4:45 | Prevailing Wage | Nassau GM |
| Kelvin | Frazier | 01/29/2020 | Wed | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 01/29/2020 | Wed | 1:00pm | 5:45pm | 4:45 | Prevailing Wage | Nassau GM |
| Kelvin | Frazier | 01/29/2020 | Wed | 5:45pm | 6:49pm | 1:04 | LGS HOURLY | Drive Time |
| Kelvin | Frazier | 01/30/2020 | Thu | 6:58am | 9:07am | 2:09 | LGS HOURLY | Drive Time |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **NOTES:** | Stump grinding operator / Marcus approved | | | | | | | |
| Kelvin | Frazier | 05/02/2023 | Tue | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 05/02/2023 | Tue | 1:00pm | 3:25pm | 2:25 | Prevailing Wage | Prevailing wage:Groundman |
| **NOTES:** | Stump grinding operator / Marcus approved | | | | | | | |
| Kelvin | Frazier | 05/02/2023 | Tue | 3:25pm | 4:41pm | 1:16 | LGS HOURLY | LGS Hourly |
| Kelvin | Frazier | 05/02/2023 | Tue | 4:41pm | 4:43pm | 0:02 | LGS HOURLY | LGS Hourly |
| Kelvin | Frazier | 05/03/2023 | Wed | 7:00am | 7:58am | 0:58 | LGS HOURLY | LGS Hourly |
| Kelvin | Frazier | 05/03/2023 | Wed | 7:58am | 12:30pm | 4:32 | Prevailing Wage | Prevailing wage:Groundman |
| **NOTES:** | Stump grinding operator / Marcus approved | | | | | | | |
| Kelvin | Frazier | 05/03/2023 | Wed | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 05/03/2023 | Wed | 1:00pm | 2:50pm | 1:50 | Prevailing Wage | Prevailing wage:Groundman |
| **NOTES:** | Stump grinding operator / Marcus approved | | | | | | | |
| Kelvin | Frazier | 05/03/2023 | Wed | 2:50pm | 3:26pm | 0:36 | LGS HOURLY | LGS Hourly |
| Kelvin | Frazier | 05/04/2023 | Thu | 6:22am | 7:09am | 0:47 | LGS HOURLY | LGS Hourly |
| Kelvin | Frazier | 05/04/2023 | Thu | 7:09am | 12:30pm | 5:21 | Prevailing Wage | Prevailing wage:Groundman |
| **NOTES:** | Stump grinding operator / Marcus approved | | | | | | | |
| Kelvin | Frazier | 05/04/2023 | Thu | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 05/04/2023 | Thu | 1:00pm | 3:24pm | 2:24 | Prevailing Wage | Prevailing wage:Groundman |
| **NOTES:** | Stump grinding operator / Marcus approved | | | | | | | |
| Kelvin | Frazier | 05/05/2023 | Fri | 6:20am | 7:19am | 0:59 | LGS HOURLY | LGS Hourly |
| **NOTES:** | | | | | | | | |
| Kelvin | Frazier | 05/05/2023 | Fri | 7:20am | 12:30pm | 5:10 | Prevailing Wage | Prevailing wage:Groundman |
| Kelvin | Frazier | 05/05/2023 | Fri | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 05/05/2023 | Fri | 1:00pm | 3:27pm | 2:27 | Prevailing Wage | Prevailing wage:Groundman |
| **NOTES:** | | | | | | | | |
| Kelvin | Frazier | 05/05/2023 | Fri | 3:29pm | 4:02pm | 0:33 | Prevailing Wage | Prevailing wage:Groundman |
| Kelvin | Frazier | 05/05/2023 | Fri | 4:02pm | 4:49pm | 0:47 | LGS HOURLY | LGS Hourly |

**NOTES:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kelvin | Frazier | 05/08/2023 | Mon | 6:34am | 7:29am | 0:55 | LGS HOURLY | LGS Hourly |
| Kelvin | Frazier | 05/08/2023 | Mon | 7:29am | 12:30pm | 5:01 | Prevailing Wage | Prevailing wage:Groundman |
| Kelvin | Frazier | 05/08/2023 | Mon | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 05/08/2023 | Mon | 1:00pm | 2:02pm | 1:02 | Prevailing Wage | Prevailing wage:Groundman |
| Kelvin | Frazier | 05/08/2023 | Mon | 2:02pm | 2:38pm | 0:36 | LGS HOURLY | LGS Hourly |
| Kelvin | Frazier | 05/09/2023 | Tue | 6:38am | 7:31am | 0:53 | LGS HOURLY | LGS Hourly |
| Kelvin | Frazier | 05/09/2023 | Tue | 7:32am | 12:30pm | 4:58 | Prevailing Wage | Prevailing wage:Groundman |
| Kelvin | Frazier | 05/09/2023 | Tue | 12:30pm | 1:00pm | 0:30 | Lunch Break | |
| Kelvin | Frazier | 05/09/2023 | Tue | 1:00pm | 3:53pm | 2:53 | Prevailing Wage | Prevailing wage:Groundman |
| Kelvin | Frazier | 05/09/2023 | Tue | 3:53pm | 4:28pm | 0:35 | LGS HOURLY | LGS Hourly |